**Order entered May 20, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00244-CV

## IN THE INTEREST OF I.D. AND A.D., CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 88200**

## ORDER

Before the Court is appellant's May 17, 2021 motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **June 7, 2021**.

/s/    DENNISE GARCIA
       JUSTICE